IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
                                                FILED: MAY 29, 2008
OPTIMER PERFORMANCE FIBERS      )               08CV3112 RCC
INC., a Delaware corporation,   )
                                )               JUDGE ZAGEL
              Plaintiff,        )               MAGISTRATE JUDGE MASON
                                )    Civil Action No.
      v.                        )
                                )    Jury Trial Demanded
180s, INC., a Maryland corporation ,and )
180s, LLC, a Maryland limited liability )
company,                        )
                                )
              Defendants.
```

**NOTICE OF PATENT AND TRADEMARK CLAIM**

Pursuant to Local Rule 3.4 of the United States District Court for the Northern District of Illinois and 15 U.S.C. §1116(c), Plaintiff Optimer Performance Fibers, Inc. ("Optimer") hereby provides a Notice of Claims involving the following U.S. Trademarks:

| U.S. Trademark Reg. No. |
|---|
| 2,462,890 |
| 2,488,034 |

Additionally, Optimer provides a Notice of Claims involving the following U.S. Patent:

| U.S. Patent No. |
|---|
| 5,888,914 |

This action involves the following parties:

Plaintiff:   Optimer Performance Fibers, Inc.
             403 Marsh Lane
             Wilmington, Delaware 198042402

<u>Defendants:</u>   180s, Inc.
　　　　　　　　701 E Pratt St.
　　　　　　　　Suite 180
　　　　　　　　Baltimore, MD 21202

　　　　　　　　180s, LLC
　　　　　　　　701 E Pratt St.
　　　　　　　　Suite 180
　　　　　　　　Baltimore, MD 21202

Dated: May 29, 2008

Respectfully submitted,
OPTIMER PERFORMANCE FIBERS, INC.


By:      /s/ Kara E. F. Cenar
　　　　　One of its Attorneys

Kara E.F. Cenar
Natalie A. Remien
Jeana R. Lervick
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
(312) 372-1121
(312) 827-8000 (facsimile)
kcenar@bellboyd.com
nremien@bellboyd.com
jlervick@bellboyd.com