**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| OPTIMER PERFORMANCE FIBERS INC., a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 08-cv-3112 |
| v. | ) ) ) | Hon. James B. Zagel Magistrate Michael T. Mason |
| 180s, INC., a Maryland corporation and 180s, LLC, a Maryland limited liability company, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF AFFILIATES UNDER LR 3.2

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, Plaintiff Optimer Performance Fibers, Inc. gives notice that each has the following parents that own more than 5% of its stock:

- Optimer, Inc.

- Mitsui & Co., Ltd. and Mitsui & Co. (USA), Inc.


Dated: June 2, 2008

By: _/s/ Kara E.F. Cenar_____
Kara F. Cenar
Natalie A. Remien
BELL, BOYD & LLOYD LLP
70 W. Madison St., 3100
Chicago, IL 60602
Telephone: (312) 372-1121
Telecopier: (312) 827-8000

944094/D/1