### *United States District Court for the Northern District of Illinois*

Case Number: 08CV3112          Assigned/Issued By: DAJ

Judge Name:                    Designated Magistrate Judge:

---

## FEE INFORMATION

***Amount Due:***   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

### (For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

2  Original and  2  copies on  06/03/08  as to 180S INC,
                                  (Date)
180S LLC. _____

_____